# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

EDDIE S. WATKINS, III                                                PLAINTIFF
ADC #084056


v.                                    No. 3:26-cv-11-DPM


BEN SLOCUM, CEO/President,
Wellpath Health;  KERSTEIN, Dr.,
Grimes Unit, ADC;  D. DELGOTO,
CNA, Wellpath, Grimes Unit,
ADC;  HOWARD, Wellpath, Grimes
Unit, ADC;  L. TEAGUE, Medical
Administrator, Wellpath, Grimes Unit,
ADC;  and A. JACKSON, Director of
Nurses, Wellpath, Grimes Unit, ADC                    DEFENDANTS


## ORDER

1.     The Court withdraws the reference.

2.     Motion to dismiss, *Doc. 7*, granted.  Watkins's complaint will be dismissed without prejudice.  FED. R. CIV. P. 41(a)(1)(A)(i).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
28 April 2026