# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

EDDIE S. WATKINS, III                                                      PLAINTIFF
ADC #084056

v.                              No. 3:26-cv-11-DPM

BEN SLOCUM, CEO/President,
Wellpath Health;  KERSTEIN, Dr.,
Grimes Unit, ADC;  D. DELGOTO,
CNA, Wellpath, Grimes Unit,
ADC;  HOWARD, Wellpath, Grimes
Unit, ADC;  L. TEAGUE, Medical
Administrator, Wellpath, Grimes Unit,
ADC;  and A. JACKSON, Director of
Nurses, Wellpath, Grimes Unit, ADC                          DEFENDANTS

## JUDGMENT

Watkins's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
28 April 2026